UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER JOSEPH PARSONS,<br><br>      Plaintiff,<br><br>    -against-<br><br>THE UNITED STATES OF AMERICA'S,<br>EXECUTIVE BRANCH; JUDGE McMAHON,<br>THE UNITED STATES OF AMERICA'S<br>JUDICIAL BRANCH,<br><br>      Defendants. | 20-CV-7231 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued September 18, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i), (iii).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 18, 2020
    New York, New York

                       *Louis L. Stanton*
                         Louis L. Stanton
                           U.S.D.J.